O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GOOD, Derivatively on behalf of New Century Financial Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT K. COLE; WILLIAM J. POPEJOY; BRAD A.MORRICE; DAVID EINHORN; MARILYN A. ALEXANDER; PATTI M. DODGE; HAROLD A. BLACK; TAJ S. BINDRA; DONALD E. LANGE; EDWARD F. GOTSCHALL; FREDERIC J. FORSTER; MICHAEL M. SACHS and RICHARD A. ZONA and NEW CENTURY FINANCIAL CORPORATION, a Maryland corporation,<br><br>    Defendants. | Case No. SACV 07-00309 DDP (JTLx)<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>[Motion filed on May 21, 2009] |

   This matter comes before the Court on a Motion by the New Century Liquidating Trust as successor to New Century Financial Corporation to Dismiss this derivative action. The Liquidating Trust argues that a derivative action on behalf of the corporation is the property of New Century's bankruptcy estate, which it has the exclusive right to pursue. On June 8, 2009, Plaintiff Matthew

Good filed a Statement of Non-Opposition to the Motion.  As the Motion to Dismiss is unopposed, the Court grants the Motion and dismisses Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: June 11, 2009

DEAN D. PREGERSON
United States District Judge